Order entered October 18, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00173-CR
No. 05-12-00174-CR

## MAHIR ABDALRAZZAAQEL, Appellant

V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court
### Dallas County, Texas
### Trial Court Cause Nos. F11-00580-H, F11-00581-H

## ORDER

On September 21, 2012, this Court ordered appellant to file his brief by October 8, 2012. We warned that because the brief is already three months overdue, no further extensions would be granted. We further warned appointed counsel Jeff Buchwald that if he did not file the brief by the date specified, we would order him removed as counsel and order the trial court to appoint new counsel to represent appellant. Nevertheless, to date, Mr. Buchwald has neither filed appellant's brief nor communicated with the Court regarding the status of the appeals. Accordingly, this Court **ORDERS** Jeff Buchwald removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit, within **FIFTEEN DAYS** of the date of this order, supplemental records containing the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court; Jeff Buchwald; and Michael Casillas, Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

_____
DAVID L. BRIDGES
JUSTICE